Lyndon Genoso, Pro se
1456 Princess Manor Court
Chula Vista, CA 91911

FILED
08 MAY -8 PM 1:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDON GENOSO,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS,<br>a domestic corporation, and HSBC<br>MORTGAGE CORPORATION, USA,<br><br>    Defendants, | CASE NO. '08 CV 0837 W NLS |

### NOTICE OF FEDERAL LIS PENDENS

TO ALL PERSONS be it known of the pending litigation in The United States District Court In and For the Southern District of California with

Case No. _____

**NOTICE OF FEDERAL STAY AND ADVERSE CLAIM**

This lis pendens shall serve notice of the pending adverse claim serving as a legal

impediment and stay as to the following property:

1456 Princess Manor Court, Chula Vista, California, and legally described as:

_____   5/5/08
LYNDON GENOSO              Date

Approved By:

_____        _____
Date                         District Court Judge

NOTICE OF FEDERAL LIS PENDENS