Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Lyndon Genoso, Pro se

vs

COUNTRYWIDE HOME LOANS, a domestic corporation, and HSBC MORTGAGE CORPORATION, USA

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0837 W NLS

FILED 08 MAY -8 PM 1:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lyndon Genoso, Pro se
1456 Princess Manor Court
Chula Vista, CA 91911
(858) 382-8179

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

DATE MAY 0 8 2008

By J. PARIS, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)