**RETURNED MAIL**
L.R. 83.3.e requires prompt notification to the court of any change of address.
Date: 5/23/08

Case: 3:08cv837

Lyndon Genoso
1456 Princess Manor Court
Chula Vista, CA 91911

NIXIE  921  5E  1  72  05/19/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 92101892965  *1377-04860-19-27

US POSTAGE $00.47

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS