1  Stuart M. Richter (SBN 126231)
   Gregory S. Korman (SBN 216931)
2  Noah R. Balch (SBN 248591)
   **KATTEN MUCHIN ROSENMAN LLP**
3  2029 Century Park East, Suite 2600
   Los Angeles, CA 90067-3012
4  Telephone: 310.788.4400
   Facsimile: 310.788.4471
5
   Attorneys for Defendant
6  HSBC MORTGAGE SERVICES INC.
   erroneously sued as HSBC MORTGAGE
7  CORPORATION, USA

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  LYNDON GENOSO, | CASE NO. 08-CV-0837 W NLS |
| 11       Plaintiff, | **DEFENDANT HSBC MORTGAGE SERVICES INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** |
| 12       vs. | |
| 13  COUNTRYWIDE HOME LOANS, a domestic corporation, and HSBC | Complaint Filed:  May 8, 2008 |
| 14  MORTGAGE CORPORATION, USA, | |
| 15       Defendants. | |

## ANSWER TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 8, HSBC Mortgage Services Inc. ("HSBC") hereby answers plaintiff Lyndon Genoso's ("Plaintiff") Complaint, as follows:

1.  HSBC lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies each and every allegation contained therein.

2.  HSBC lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies each and every allegation contained therein.

3.  HSBC lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies each and every allegation contained therein.

4.  HSBC lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies each and every allegation contained therein.

5.  HSBC admits that it is a Delaware corporation duly authorized to conduct business within the State of California, and it is engaged in the business of, among other things, acquiring and servicing loans secured by real property located within the State of California. HSBC denies all remaining allegations in this paragraph.

6.  HSBC admits that it is engaged in the business of, among other things, acquiring and servicing loans secured by real property located within the State of California. HSBC denies all remaining allegations in this paragraph.

7.  HSBC lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies each and every allegation contained therein.

8.  HSBC lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies each and every allegation contained therein.

9.  HSBC lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies each and every allegation contained therein.

10. HSBC lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies each and every allegation contained therein.

11. HSBC lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies each and every allegation contained therein.

12. HSBC lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies each and every allegation contained therein.

13. HSBC lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies each and every allegation contained therein.

14. HSBC lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies each and every allegation contained therein.

15. HSBC lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies each and every allegation contained therein.

16. HSBC lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies each and every allegation contained therein.

17. HSBC lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies each and every allegation contained therein.

18. HSBC lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies each and every allegation contained therein.

19. HSBC lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies each and every allegation contained therein.

20. On information and belief, HSBC denies each and every allegation contained in this paragraph.

HSBC, without in any way admitting any allegation of the Complaint, also alleges separate, independent, and affirmative defenses as follows:

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1. As a first and separate affirmative defense to all claims alleged in the Complaint, HSBC alleges that the Complaint fails to state facts sufficient to constitute a claim against HSBC.

## SECOND AFFIRMATIVE DEFENSE

### (Acts Or Omissions Of Others)

2. As a second and separate affirmative defense, HSBC alleges that Plaintiff's claims are barred, in whole or in part, because any damages alleged to have been suffered by Plaintiff were proximately caused by the acts or omissions of persons other than HSBC, over which HSBC had no control.

## THIRD AFFIRMATIVE DEFENSE

### (Statute of Limitations)

3. As a third and separate affirmative defense, HSBC alleges that Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations to the extent that Plaintiff has pled any conduct which falls outside the limitations period, including, without limitation, that set forth in 15 U.S.C. § 1640(e).

## ADDITIONAL AFFIRMATIVE DEFENSE

HSBC reserves the right to allege additional affirmative defenses and additional facts supporting its defenses after conducting further discovery, investigation, research and analysis.

///

///

///

///

///

///

## PRAYER FOR RELIEF

WHEREFORE, HSBC prays for relief as follows:

1. That judgment be entered in favor of HSBC on any claims asserted against it;

2. That Plaintiff takes nothing by way of the Complaint;

3. That HSBC recovers its costs of suit incurred herein, and;

4. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: May 30, 2008

**KATTEN MUCHIN ROSENMAN LLP**
Stuart M. Richter
Gregory S. Korman
Noah R. Balch


By: /s/   Noah R. Balch
        Noah R. Balch
Attorneys for Defendant
HSBC MORTGAGE SERVICES INC.

## PROOF OF SERVICE
Genoso v. Countrywide Home Loans, et al.
USDC Case No. 08-CV-0837 W NLS

STATE OF CALIFORNIA       )
                          ) ss
COUNTY OF LOS ANGELES     )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012. On MAY 30, 2008, I served the within document(s):

**DEFENDANT HSBC MORTGAGE SERVICES INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

I hereby certify that on MAY 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I hereby certify that I mailed the foregoing document by U.S. Mail by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below to the non-CM/ECF participant(s) indicated below:

Lyndon Genoso, Pro Se
1456 Princess Manor Court
Chula Vista, CA 91911

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

///

///

///

31434921_240245_00213

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed on MAY 30, 2008 at Los Angeles, California.

*[signature]*
CRYSTAL McCAREY

PROOF OF SERVICE

31434921_240245_00213