Stuart M. Richter (SBN 126231)
Gregory S. Korman (SBN 216931)
Noah R. Balch (SBN 248591)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendant
HSBC MORTGAGE SERVICES INC.
erroneously sued as HSBC MORTGAGE
CORPORATION, USA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDON GENOSO,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTRYWIDE HOME LOANS, a domestic corporation, and HSBC MORTGAGE CORPORATION, USA,<br><br>    Defendants. | CASE NO. 08-CV-0837 W NLS<br><br>**DEFENDANT HSBC MORTGAGE SERVICES INC.' CERTIFICATION OF INTERESTED PARTIES**<br><br>[F.R.Civ.P. 7.1]<br><br>Complaint Filed: May 8, 2008 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for defendant HSBC Mortgage Services Inc. certifies that the following listed party has or may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. HSBC Mortgage Services Inc. is a wholly owned subsidiary of HSBC Finance Corporation (f/k/a Household International, Inc.) which is a wholly owned subsidiary of HSBC Holdings plc, a United Kingdom corporation.

Dated: May 30, 2008

**KATTEN MUCHIN ROSENMAN LLP**
Stuart M. Richter
Gregory S. Korman
Noah R. Balch


By: /s/   Gregory S. Korman
      Gregory S. Korman
Attorneys for Defendant
HSBC MORTGAGE SERVICES INC.

# PROOF OF SERVICE
Genoso v. Countrywide Home Loans, et al.
USDC Case No. 08-CV-0837 W NLS

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012. On MAY 30, 2008, I served the within document(s):

**DEFENDANT HSBC MORTGAGE SERVICES INC.'S CERTIFICATION OF INTERESTED PARTIES**

I hereby certify that on MAY 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I hereby certify that I mailed the foregoing document by U.S. Mail by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below to the non-CM/ECF participant(s) indicated below:

Lyndon Genoso, Pro Se
1456 Princess Manor Court
Chula Vista, CA  91911

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

///
///
///

PROOF OF SERVICE

31434921_240245_00213

1  I am aware that on motion of the party served, service is presumed invalid if postal
2  cancellation date or postage meter date is more than one day after the date of
3  deposit for mailing in affidavit.
4      I declare that I am employed in the office of a member of the Bar of this
5  Court at whose direction this service was made.
6      Executed on MAY 30, 2008 at Los Angeles, California.

_____
CRYSTAL McCAREY

PROOF OF SERVICE

31434921_240245_00213