Case: 3:08cv837

**RETURNED MAIL**
**L.R. 83.3.e requires prompt**
**notification to the court of**
**any change of address.**
**Date:** _6/12/08_

Lyndon  Genoso
1456 Princess Manor Court
Chula Vista, CA 91911

-------------------------------------------------------