# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDON GENOSO,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>COUNTRYWIDE HOME LOANS, a domestic corporation; and HSBC MORTGAGE CORPORATION, USA,<br><br>　　　　　　　Defendants. | Civil No.08cv837 W (NLS)<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE** |

　　　The notice to Plaintiff setting the Early Neutral Evaluation Conference (ENE) was returned to the Court as undeliverable. The Court therefore **VACATES** the ENE set for July 7, 2008. It **ORDERS** Plaintiff to file a notice of change of address as soon as possible, otherwise Plaintiff may face dismissal of this case for failure to prosecute.

　　　**IT IS SO ORDERED.**

DATED: June 19, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Nita L. Stormes
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge